UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA | STIPULATION IN SUPPORT OF APPLICATION FOR 7TH OR SUBSEQUENT ORDER OF CONTINUANCE AND 26th ORDER OF CONTINUANCE |
| -v- | |
| CAMERON MCEWEN, | |
| Defendant. | 23 Mag. 3221 |

------------------------------------------------------------------x

    The United States of America and the defendant jointly request and agree that the time period from **4/23/25 to 5/21/25** be excluded from the computation of the period within which an information or indictment must be filed, pursuant to Title 18, United States Code, Section 3161(b) and (h)(7). On April 24, 2023, McEwen was charged by complaint with violations of 18 U.S.C. §§ 2251(a), (e) and 875(d). That same day, the defendant was presented before Magistrate Judge Paul E. Davison, and the defendant was detained. The parties submit that there is good cause for an additional exclusion of time because the defendant's change of plea hearing is scheduled for April 30, 2025.

    Ms. Martin has received express permission to sign this stipulation on her client's behalf. By the following signatures we agree and consent to the exclusion of time noted above:

| _Rachel Martin_ | 04/21/2025 | _[signature]_ | 4/18/2025 |
|---|---|---|---|
| Defendant's Counsel | Date | Assistant U.S. Attorney | Date |
| Rachel Martin, Esq. | | Kathryn Wheelock | |

    The defendant states that he has been fully advised by counsel of his rights guaranteed under (a) of the Sixth Amendment to the Constitution; (b) the Speedy Trial Act of 1974, as set forth in Title 18, United States Code, Sections 3161-74; and (c) the plans and rules of this Court adopted pursuant to that Act. The defendant understands that he/she has a right to be charged by indictment or information, and to have a trial before a judge or jury, within a specified time (excluding certain time periods) under the Constitution and Rules and Laws of the United States identified above. Defense counsel has discussed his stipulation with the defendant and has defendant's authorization to sign on his behalf.

| /s Cameron McEwen | 4/21/2025 |
|---|---|
| Defendant | Date |
| CAMERON MCEWEN | |

    The joint application of the United States of America and the defendant having been heard at a proceeding on the date below, the time period from **4/23/25 to 5/21/25** is hereby excluded in computing the time within which an indictment or information must be filed. The Court grants this continuance on the finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial, for the reasons set forth above. The Court further orders: _N/A_ .

Dated: 4/23/25
    White Plains, New York

SO ORDERED

_[signature]_
Hon. Andrew E. Krause
United States Magistrate Judge